UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

DEANTHONY PERRY,                    )
                                    )
              Plaintiff,            )
                                    )
v.                                  )        No.:   3:20-CV-359-TAV-HBG
                                    )
MIKE PARRIS, Warden, and            )
C.O. BOWLEN,                        )
                                    )
              Defendants.           )

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, it is

**ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42

U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be

granted.  28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any

appeal from this order would not be taken in good faith, should Plaintiff file a notice of

appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed.

R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
    CLERK OF COURT